UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:  MCNAIR, TIYI-KITANI
  Debtor(s)

CASE NO. 07-21515 JPK

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2. Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3. Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4. Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED: December 2, 2009

By: /s/ Stacia L. Yoon
STACIA L. YOON, TRUSTEE #16933-53
Genetos Retson Yoon & Molina LLP
8585 Broadway, Suite 480
Merrillville, IN 46410
Telephone: (219) 755-0401
bankruptcy@grymlaw.com

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
David M. Dabertin, dabertin@netnitco.net
Regular Mail:
MCNAIR, TIYI-KITANI, 2022 MATTHEWS PLACE, GARY, IN 46406
Dr. John Taylor, 222 Indianapolis Blvd., Schererville, IN 46375
Wexler & Wexler, 500 W. Madison St., #2910, Chicago, IL 60661

| Printed: 11/30/09 07:54 AM | | | | | **Claims Distribution Small Checks** | | | | Page: 1 |

**Trustee: Stacia L. Yoon, Chapter 7 Trustee  (340450)**

Case:  07-21515  -  MCNAIR, TIYI-KITANI

| Account No. | Check No. | Issued Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 31221445566 | 110 | 11/30/09 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $4.92 |
| | | 6 | 07/20/09 | 620 | Dr. John Taylor<br>222 Indianapolis Blvd.<br>Schererville, IN 46375 | 200.00 | 200.00 | 1.59 | 1.59 |
| | | 9 | 07/20/09 | 620 | Wexler and Wexler<br>Acct No 652324245/651732380<br>500 West Madison Street, Suite 2910<br>Chicago, IL 60661 | 418.00 | 418.00 | 3.33 | 3.33 |

(*) Denotes objection to Amount Filed