UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:  MCNAIR, TIYI-KITANI
  Debtor(s)

CASE NO. 07-21515 JPK

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**
**TO UNITED STATES BANKRUPTCY COURT**
**CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE:   J.  Phillip Klingeberger

    Comes now Stacia L. Yoon, Trustee, and applies to the Court as follows:

1.      I am the duly appointed Trustee and, as such, hold unclaimed property of this estate.

2.      Pursuant to FRBP 3010, the following is a list of all known names and addresses of the entities that are entitled to be paid from the remaining property of the estate and the amounts that they are owed:

| | |
|---|---|
| Lake County Juvenile Center | $   150.00 |
| Bowman, Heintz, Boscia | $3,911.00 |

3.      Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:      March 18, 2010      By: /s/ Stacia L. Yoon
      STACIA L. YOON, TRUSTEE #16933-53
      Genetos Retson & Yoon LLP
      8585 Broadway, Suite 480
      Merrillville, IN 46410
      Telephone: (219) 755-0401
      bankruptcy@grymlaw.com

**DISTRIBUTION:**
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Stacia L. Yoon, bankruptcy@grymlaw.com
Bowman, Heintz, Boscia, 8605 Broadway, Merrillville, IN 46410
Lake County Juvenile Center, % Scott A. Pyle UAW Legal Srvs,1579 Huntington Drive, Calumet City, IL 60409